IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-02377-MSK-MJW**

ROBERT F. SYLVESTER,

Applicant,

v.

JOE ORTIZ, et al.,

Respondents.

---

## ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

Before the court is the petitioner's Application for Writ of Habeas Corpus
Pursuant to 28 U.S.C. § 2254.

It is hereby **ORDERED** that on or before April 30, 2008, the Clerk of the District
Court for Denver County, Colorado, shall provide to this court through the Clerk's
Office, Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver,
Colorado 80294-3589, the original written record of Denver County Case No.
99CR4296, People v. Robert Sylvester.

It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order
on the Clerk of the District Court of Denver County, Criminal Division, by Facsimile to
(720) 865-7865 and by regular mail to the Clerk of the District Court of Denver County,

Criminal Division, Denver City & County Bldg., 1437 Bannock St., Room 111, Denver,

CO 80202.

Done this 14th day of April, 2008.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge