FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02377 MSK-MJW

ROBERT F. SYLVESTER,

    Applicant,

vs.

JOE ORTIZ, Executive Director of the Colorado Department of Corrections,
JOHN (CRAIG) TURNBULL, Superintendent of Spring Creek Correctional Facility,
    Division of Institutions, Alaska Department of Corrections, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

    **ORDERED** that the Clerk shall return the State Court Record.

    DATED this 23rd day of March, 2010.

                                      BY THE COURT:

                                      Marcia S. Krieger
                                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02377 MSK-MJW

District Court, City and County of Denver
Denver City & County Bldg.
1437 Bannock St. Room 256
Denver, CO 80202

Robert F. Sylvester
# 457623
Spring Creek Correctional Center
P.O. Box 5001
Seward, AK 99664

Laurie A. Booras - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

Matthew David Grove - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

John Craig Turnbull
Superintendent of Spring Creek Correctional Facility, Division
of Institutions, Alaska Department of Corrections
Mile 5 Nash Rd.
P.O. Box 2109
Seward, AK 99664

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 3/24/10.

GREGORY G. LANGHAM, CLERK

By: _____
Deputy Clerk